AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Fleet Clean Services, LLC and Fleet Clean Systems, Inc. d/b/a Fleet Clean USA <br><br> *Plaintiff(s)* <br><br> v. <br><br> Fleet Clean, LLC and Dan Vargo <br><br> *Defendant(s)* | ))))))))))))) Civil Action No. 16CV60516-Scola/Otazo-Reyes |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Dan Vargo
a/ka Daniel John Vargo
2670 NE 25th Street Lighthouse Pt
Pompano Beach, FL 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John H. Rains, III
John H. Rains III, P.A.
501 E. Kennedy Blvd., Suite 750
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 14, 2016

Steven M. Larimore
Clerk of Court



SUMMONS

s/ S. Reid
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) | |
|---|---|---|
| Fleet Clean Services, LLC and Fleet Clean Systems, Inc. d/b/a Fleet Clean USA | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 16CV60516-Scola/Otazo-Reyes |
| Fleet Clean, LLC and Dan Vargo | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Fleet Clean, LLC
        c/o Glenn Troast, Registered Agent
        2455 E. Sunrise Blvd, Suite 917
        Ft. Lauderdale, FL 33304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John H. Rains, III
                                                   John H. Rains III, P.A.
                                                   501 E. Kennedy Blvd., Suite 750
                                                   Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 14, 2016

Steven M. Larimore
Clerk of Court

s/ S. Reid
Deputy Clerk
U.S. District Courts